845 A.2d 199

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Miriam T. WHITE, Petitioner.**

**Commonwealth of Pennsylvania, Petitioner,**

v.

**Miriam T. White, Respondent.**

Supreme Court of Pennsylvania.

Feb. 27, 2004.

*ORDER*

PER CURIAM.

**AND NOW,** this 27th day of February, 2004, we order the following:

(1) The Petition for Allowance of Appeal filed by Miriam White at No. 152 EAL 2003 is **GRANTED;**

(2) The Cross–Petition for Allowance of Appeal filed by the Commonwealth of Pennsylvania at No. 169 EAL 2003 is **GRANTED, LIMITED** to the issue of whether the Commonwealth is permitted to appeal an order denying recusal of a trial judge as an interlocutory order pursuant to Pa.R.A.P. 311(d), and if so, whether denial of the recusal motion was in error;

(3) The "Petition for Leave to Respond to the Commonwealth's Brief in Opposition to Defendant's Petition for Allowance of Appeal" filed by Miriam White is **DENIED;**

(4) The "Petition for Leave to File Reply to Brief in Opposition to Commonwealth's Cross–Petition for Allowance of Appeal" filed by the Commonwealth of Pennsylvania is **DE-NIED;**

(5) The "Petition for Leave to Supplement Commonwealth's Cross–Petition for Allowance of Appeal Based on Subsequently Decided Authority" filed by the Commonwealth of Pennsylvania is **DENIED.**